# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AHMED AL-OBAIDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:24-cv-00419 |
| ) | |
| ANTONY J. BLINKEN, Secretary of the ) | JUDGE CAMPBELL |
| United States Department of State, *et al.*, ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation, which was filed on October 2, 2024. (Doc. No. 11). Through the Report, the Magistrate Judge recommends that Defendants' motion to dismiss (Doc. No. 7) be granted and that Plaintiff's claims against Defendants be dismissed with prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion to dismiss (Doc. No. 7) is **GRANTED**, and this action is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE